IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVID GEE,
   Plaintiff,

            3:14-cv-1184

v.

            (Judge Mariani)

MARY SABOL, et al.,
   Defendants.

## ORDER

**AND NOW**, this 22nd day of September, 2015, upon consideration of Defendants' motions (Docs. 18, 20, 35) to dismiss, and for the reasons set forth in the Court's memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 18) to dismiss filed by Defendant Patricia Bennett is **DEEMED** unopposed and **GRANTED**. The action against Patricia Bennett is **DISMISSED** with prejudice.

2. The motion (Doc. 20) to dismiss filed by Defendants Warden Mary Sabol, Deputy Warden Doll, Officer Trostle, Supervisor Abenshon, Chaplin Bupp, the York County Prison Religious Committee, et al., Solicitor Michael W. Flannelly, Assistant Solicitor Donald L. Reihart, Commissioner Christopher B. Reilly, County Commissioner President Steve Chronister, and the York County Commissioner's Office is **GRANTED**. The action against the York County Defendants is **DISMISSED** with prejudice.

3. The motion (Doc. 35) to dismiss filed by Defendants Warden Mary Sabol, Deputy Warden Doll, Officer Trostle, Supervisor Abenshon, Chaplin Bupp, the York County Prison Religious Committee, et al., Solicitor Michael W. Flannelly, Assistant Solicitor Donald L. Reihart, Commissioner Christopher B. Reilly, County Commissioner President Steve Chronister, and the York County Commissioner's Office is **DENIED** as moot.

4. The Clerk of Court is directed to **CLOSE** this action.

5.  Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

_____
Robert D. Mariani
United States District Judge